UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Jose A Lemus

                    Plaintiff,

v.                                         Case No.: 1:17–cv–07698
                                                                  Honorable Thomas M. Durkin

Midnite Express, Inc., et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 17, 2018:

      MINUTE entry before the Honorable Thomas M. Durkin:On plaintiff's oral representation, this action is hereby dismissed with prejudice. The 4/23/2018 status date is stricken.Civil case terminated. Mailed notice(srn, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.